## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

SHAKHBOZ SHARIFOVICH    )
SALOMOV,                       )
                                      )
               Petitioner,      )
v.                             )         Case No. CIV-26-143-R
                                        )
KRISTI NOEM, et al.,        )
                                      )
               Respondents.   )

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 4th day of March, 2026.

_____

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**